### 3847.  DENNIS *v.* THE STATE.

POWELL, J.   While, under a number of decisions of this court and of the
Supreme Court, it is error to exclude a witness from testifying because
he has remained in the court-room after an order for the sequestra-
tion of witnesses has been granted, still it is equally well settled that
a ground of a motion for a new trial complaining of such an error must
show that the error resulted in injury, which is generally to be shown
by a statement of what the complaining party expected to prove by the
witness.                                                *Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Accusation of carrying pistol without license; from city court of
Monticello—Judge Thurman.   September 14, 1911.

*Eugene M. Baynes,* for plaintiff in error.
*Greene F. Johnson, solicitor,* contra.

---

### 3856.   COOK *v.* THE STATE.

POWELL, J.   This court has no jurisdiction to review issues of fact.
                                                        *Judgment affirmed.*

DECIDED DECEMBER 19, 1911.

Indictment for assault and battery; from Fannin superior court
—Judge Morris.   October 28, 1911.

*A. S. J. Hall, Tain Smith, J. Z. Foster,* for plaintiff in error.
*J. P. Brooke, solicitor-general,* contra.